1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ACADIA L. SENESE (CABN 251287)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone:(415) 436-6809
7      Fax:  (415) 436-7234
       Email: acadia.senese@usdoj.gov
8
   Attorneys for the United States of America
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,        )   CR No. 09-0632 MAG
                                    )
14         Plaintiff,                )
                                    )   STIPULATION AND
15      v.                           )   ORDER EXCLUDING TIME UNDER THE
                                    )   SPEEDY TRIAL ACT FROM AUGUST
16 JUSTIN M. CAPPS,                  )   19, 2009 to SEPTEMBER 16, 2009
                                    )
17                                   )
           Defendant.                )
18 _____  )

19     On August 19, 2009 the parties in this case appeared before the Honorable Edward M. Chen

20 for a status meeting. The parties stipulated that, as per the Speedy Trial Act, time should be

21 excluded from August 19, 2009 to September 16, 2009 for continuity of counsel and effective

22 preparation of counsel. The parties represented that granting the continuance was necessary,

23 taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

24 The parties also agreed that the ends

25 //

26 //

27 //

28 //

Proposed Stipulation and Order
CR No. 09-0632 MAG                    1

1 | of justice served by granting such a continuance outweighed the best interests of the public and
2 | of the defendants in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

4 | IT IS SO STIPULATED:

5 |           JOSEPH P. RUSSONIELLO
          United States Attorney

7 | DATED:   9/11/09                             /s/
          ACADIA L. SENESE
8 |           Special Assistant United States Attorney

9 | DATED:   9/5/09                              /s/
10 |           GEOFF HANSEN
          Attorney for Mr. Capps

12 |     IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from August
13 | 19, 2009 to September 16, 2009, under 18 U.S.C. § 3161(h)(8)(A) and 18 U.S.C. §
14 | 3161(h)(8)(B)(iv).

16 | IT IS SO ORDERED.

18 | DATED:   9/29/09
19 |           THE HON. EDWARD M. CHEN
          United States Magistrate

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]

Proposed Stipulation and Order
CR No. 09-0632 MAG                                2