**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

10    UNITED STATES OF AMERICA,                    No.  CR09-0632 EMC

11                        Plaintiff,

12            v.
                                                   **ORDER RE PAYMENT OF ATTORNEY'S**
13    JUSTIN M. CAPPS,                             **FEES**

14                        Defendant.
      _____/
15

16

17           This Court, upon consideration of defendant's request, hereby withdraws its previous order

18    directing defendant to pay $400 per month for attorney's fees (Docket # 2 - Minute Order dated July

19    6, 2009).  Defendant is hereby ordered to pay the total sum of $300.

20           IT IS SO ORDERED.

21

22    Dated:   October 6, 2009

23
                                                   _____
24                                                 EDWARD M. CHEN
                                                   United States Magistrate Judge
25

26

27

28